**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **BUZZBALLZ, LLC,**<br>***Plaintiff,***<br><br>**v.**<br><br>**MPACT BEVERAGE SOLUTIONS, LLC,**<br>***Defendant.*** | **Case No. 4:25-cv-05040** |

**DEFENDANT MPACT BEVERAGE SOLUTIONS, LLC'S**
**NOTICE OF DELAWARE ORDER**

Pursuant to Docket Entry No. 28, Mpact Beverage Solutions, LLC ("Mpact") respectfully files this Notice to inform the Court of a ruling issued by the United States District Court for the District of Delaware in the related, first-filed action captioned *Mpact Beverage Solutions, LLC et al. v. BuzzBallz, LLC*, Case No. 1:25-cv-01219-JLH (D. Del.) ("Delaware Action").

On January 13, 2026, the Court stayed and administratively closed this case "pending the District of Delaware's decision on the venue issue," and provided that "[a]ny party may move to lift the stay within 7 days of that decision." (Dkt. No. 28.)

On August 20, 2026, the Delaware Court issued a Memorandum Order (Delaware Action, Dkt. No. 22, attached as Exhibit A) denying BuzzBallz, LLC's Motion to Dismiss Plaintiffs' Amended Complaint for Lack of Jurisdiction over the Subject Matter and for Failure to State a Claim (Delaware Action, Dkt. No. 15), including denying BuzzBallz's alternative request to transfer the Delaware Action to the Southern District of Texas.

In the Memorandum Order, the Delaware Court confirmed subject matter jurisdiction over both Mpact's declaratory judgment claims of non-infringement of U.S. Design Patent No. D1,080,384 ("the '384 Design Patent") (Exhibit A, p. 5-6 (¶¶ 11, 13)); applied the first-to-file rule

and exercised its discretion to retain the first-filed action, allowing it to proceed in Delaware (Exhibit A, pp. 7-9 (¶¶ 16, 19)); and denied BuzzBallz's motion to transfer the case to the Southern District of Texas, finding that the factors weighed against transfer (Exhibit A, pp. 8-9 (¶¶ 17-18)).

The Delaware Court has thus determined that the parties' entire dispute concerning the '384 Design Patent should and will proceed in the District of Delaware. Mpact respectfully requests the Court to dismiss or transfer this action (per Mpact's Motion to Transfer, Dkt. No. 12) or take such action as the Court deems appropriate in light of the Delaware Court's Memorandum Order.

Date: August 25, 2026

Respectfully submitted,

*/s/ Neil Ozarkar*

Archis ("Neil") Ozarkar
**McKOOL SMITH, P.C.**
600 Travis Street, Suite 7000
Houston, TX 77002
T: (713) 485-7300
nozarkar@mckoolsmith.com

Ehsun Forghany (admitted *pro hac vice*)
***Attorney-in-Charge***
(CA SBN 302984)
Amar S. Naik (admitted *pro hac vice*)
(CA SBN 307208)
**ARENTFOX SCHIFF LLP**
44 Montgomery Street, 38th Floor
San Francisco, CA 94104
T: (415) 757-5500
ehsun.forghany@afslaw.com
amar.naik@afslaw.com

***Attorneys for Defendant,***
***Mpact Beverage Solutions, LLC***

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5.3, I hereby certify that, on August 25, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Neil Ozarkar*
Archis ("Neil") Ozarkar